**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-2182**

───────────

MITHUN BANERJEE,

        Plaintiff - Appellant,

    v.

BANK OF AMERICA, N.A.; VIVIANA QUISHPE-NARVAEZ; THE CORPORATION TRUST, INCORPORATED; TESSA L. FREDERICK; JEFFREY P. REILLY; MILES & STOCKBRIDGE P. C., 100 Light Street, Baltimore Md 21202; ROSALYN TANG; STEPHEN J. MCAULIFFE, III; MILES & STOCKBRIDGE P. C., 11 N Washington St #700, Rockville, MD 20850,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:21-cv-03110-TDC)

───────────

Submitted:  October 31, 2023               Decided:  November 2, 2023

───────────

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Mithun Banerjee, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mithun Banerjee appeals the district court's orders dismissing his civil complaint and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Banerjee v. Bank of Am., N.A.*, No. 8:21-cv-03110-TDC (D. Md. Aug. 4, 2022, and Oct. 12, 2022). We also deny Banerjee's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*